IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: November 16, 2018

vs.  Case No.: 18-4083-01-CR-C-BCW

**VICTORIA CHRISTINE SHARP**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 9:12 am    **Recess:** 9:44 am – 9:49 am    **Time Terminated:** 9:54 am

### APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Lauren Kummerer, AUSA |
| Defendant's counsel: | Steven Berry, Troy Stabenow |
| Probation officer: | Jennifer Simons |

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report by the defendant. Court adopts P.S.I.R. without change. Government presents witness testimony. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant is sentenced to 4 months in the Bureau of Prison for Count 1 of the Information. Followed by 4 years supervised release. Standard/Additional Conditions of Supervision imposed.
FINE: waived; SPECIAL ASSESSMENT: $100; RESTITUTION: $18,531.22
Defendant advised of right to appeal. Defendant to self-surrender on January 15, 2019.

---

**Court Reporter:** Denise Halsey
**Courtroom Deputy:** T. Lock

**Witness:** Theresia Willis, 9:15 am – 9:24 am